UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-81194-CIV-MARRA/JOHNSON

STEPHANIE PHADAEL, on behalf of herself
and all others similarly situated,

Plaintiff,

vs.

GLOBAL LEGAL SOLUTIONS, INC.,
a Florida corporation and KESNER JOASEUS,
individually,

Defendant.
_____/

## JUDGMENT

Consistent with this Court's Findings of Fact and Conclusions of Law, Judgment is hereby entered on behalf of Plaintiff Stephanie Phadael and against Defendants Global Legal Solutions, Inc. and Kesner Joaseus in the amount of $9,100.00 in base wages and liquidated damages, $2,820.00 in attorney's fees and $460.00 in costs, for a total of $12,380.00, which amount shall bear interest at the rate of 0.28% per annum from the date of this Judgment, for which let execution issue.

The Clerk shall close this case and all pending motions are denied as moot.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 14th day of February, 2011.

_____
KENNETH A. MARRA
United States District Judge